**Appeal No. 23-55431**

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**B&L PRODUCTIONS, INC.**, et al.,

*Plaintiffs-Appellants*,

v.

**GAVIN NEWSOM**, in his official capacity as Governor of the State of California and in his personal capacity, et al.,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE ANTHONY J. BATTAGLIA
CASE NO. 3:21-CV-01718-AJB-DDL

**APPELLEE SUMMER STEPHAN'S NOTICE OF JOINDER IN STATE APPELLEES' OPPOSITION TO MOTION TO STAY APPEAL**

Katie A. Richardson (Bar No. 238260)
Timothy M. White (Bar No. 220847)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:   (619) 531-4860
Facsimile:   (619) 531-6005

**Counsel for Defendant-Appellee**

**SUMMER STEPHAN**, in her official capacity as
District Attorney for the County of San Diego

In response to Appellants' Motion to Stay Appeal in this case, and consistent with Federal Rule of Appellate Procedure 28(i) governing briefs in cases involving multiple appellants or appellees, Appellee Summer Stephan, in her official capacity as District Attorney for the County of San Diego, hereby joins in all respects the State Defendants' Response opposing the motion, filed by Appellees Governor Gavin Newsom, Attorney General Rob Bonta, Secretary of the California Department of Food & Agriculture Karen Ross, and the 22nd District Agricultural Association ("State Appellees").

Appellants' claims in this case challenge a state law and not any local ordinance. Therefore, for the reasons stated in the State Appellees' opposition to Appellants' motion to stay this appeal, Appellee Stephan respectfully requests that the Court deny the motion.

Dated: July 6, 2023

Respectfully submitted,

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO

By: s/ *Katie A. Richardson*
      Katie A. Richardson

Attorneys for Defendant-Appellee SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego

# **CERTIFICATE OF COMPLIANCE**

Under Federal Rule of Appellate Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1(1)(c), I certify that the foregoing notice of joinder in opposition to Appellants' motion to stay this appeal is proportionally spaced, has a typeface of 14 point, and contains fewer than 5,200 words.

Dated: July 6, 2023

Respectfully submitted,

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO

By: s/ *Katie A. Richardson*
      Katie A. Richardson

Attorneys for Defendant-Appellee SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego