Appeal No. 23-55431

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**B&L PRODUCTIONS, INC.**, et al.,

*Plaintiffs-Appellants*,

v.

**GAVIN NEWSOM**, in his official capacity as Governor of the State of California and in his personal capacity, et al.,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE ANTHONY J. BATTAGLIA
CASE NO. 3:21-CV-01718-AJB-DDL

**APPELLEE SUMMER STEPHAN'S NOTICE OF JOINDER IN STATE APPELLEES' ANSWERING BRIEF**

Katie A. Richardson (Bar No. 238260)
Timothy M. White (Bar No. 220847)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:   (619) 531-4860
Facsimile:   (619) 531-6005

**Counsel for Defendant-Appellee**

**SUMMER STEPHAN**, in her official capacity as
District Attorney for the County of San Diego

In response to Appellants' Opening Brief, and consistent with Federal Rule of Appellate Procedure 28(i) governing briefs in cases involving multiple appellants or appellees, Appellee Summer Stephan, in her official capacity as District Attorney for the County of San Diego, hereby joins in all respects the State Appellees' Answering Brief, filed by Appellees Governor Gavin Newsom, Attorney General Rob Bonta, Secretary of the California Department of Food & Agriculture Karen Ross, and the 22nd District Agricultural Association ("State Appellees").

Appellants' claims in this case challenge a state law and not any local ordinance. Therefore, for the reasons stated in the State Appellees' answering brief, Appellee Stephan respectfully requests that the Court affirm the judgment.

Dated: October 11, 2023

Respectfully submitted,

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO

By:   s/ *Katie A. Richardson*
      Katie A. Richardson

Attorneys for Defendant-Appellee
SUMMER STEPHAN, in her official
capacity as District Attorney for the
County of San Diego

## **CERTIFICATE OF COMPLIANCE**

Under Federal Rules of Appellate Procedure 28(i) and 32(a), and Ninth Circuit Rule 32-1(a), I certify that the foregoing notice of joinder in the State Appellees' Answering Brief is proportionally spaced, has a typeface of 14 point, and contains fewer than 14,000 words.

Dated: October 11, 2023   Respectfully submitted,

OFFICE OF COUNSEL,
COUNTY OF SAN DIEGO

By: s/ *Katie A. Richardson*
      Katie A. Richardson

Attorneys for Defendant-Appellee SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego