UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-55431

**Case Name** B&L Productions, Inc., et al. v. Gavin Newsom, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Katie Richardson

List the sitting dates for the two sitting months you were asked to review:

March 4-8, 2024, March 25-29, April 1-5, April 8-12

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

Rincon Mushroom Corporation of America, et al v. Bo Mazzetti, et al., 23-55111, Pasadena.

**Signature** s/ Katie Richardson    **Date** 11/3/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                      *New 12/01/2018*