# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-55431

**Case Name** B & L Productions, Inc., et al v. Gavin Newsom, et al

**Hearing Location** (*city*) Pasadena

**Your Name** Anna M. Barvir

List the sitting dates for the two sitting months you were asked to review:

March 4-8
March 25-29
April 1-5
April 8-12

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Appellants has a five day trial beginning March 26, 2024 in the Central District of California. A request for a continuance of the trial date has been filed.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

●Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

Ninth Circuit Court of Appeals Case No. 23-55805, Duncan, et al. v. Bonta, San Francisco

**Signature** s/Anna M. Barvir          **Date** November 8, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**                                                      *New 12/01/2018*