Case No. 23-55431

In the United States Court of Appeals
for the Ninth Circuit

―――――――――――――――――――

B & L Productions, Inc., et al.,
*Plaintiffs-Appellants*,

v.

Gavin Newsom,
in his official capacity as Governor of the State of California and in his personal capacity, et al.,
*Defendants-Appellees*.

―――――――――――――――――――

On Appeal from the United States District Court
for the Southern District of California
Case No. 3:21-cv-01718-AJB-DDL

―――――――――――――――――――

# APPELLANTS' NOTICE OF ERRATA TO APPELLANTS' REPLY BRIEF

―――――――――――――――――――

C.D. Michel
Anna M. Barvir
Tiffany D. Cheuvront
Michel & Associates, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

Donald Kilmer
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Rd.
Caldwell, Idaho 83607
(408) 264-8489
don@dklawoffice.com

*Attorneys for Plaintiffs-Appellants*

December 4, 2023

## NOTICE OF ERRATA

This notice of errata is filed to correct the following errors in Appellants' Reply Brief (Dkt. 28), filed December 1, 2023:

1. On page 1, the third paragraph of the Introduction is missing two words. The sentence should read: Aside from introducing argument and evidence that was not considered by the district court below and improperly injecting factual disputes into this appeal of Rule 12 dismissal of Appellants' claims, the State's responsive brief does little to rebut **Appellants' arguments**.

2. Due to the addition of the two missing words, Form 8, Certificate of Compliance for Briefs, should state that the brief contains 6,998 words instead of 6,996.

Date: December 4, 2023          **MICHEL & ASSOCIATES, P.C.**

                                s/ Anna M. Barvir
                                Anna M. Barvir
                                *Attorneys for Plaintiffs-Appellants B&L Productions, Inc., dba Crossroads of the West; Barry Bardack; Ronald J. Diaz, Sr.; John Dupree; Christopher Irick; Robert Solis; Lawrence Michael Walsh; Captain Jon's Lockers, LLC; L.A.X. Firing Range, Inc., dba LAX Ammo; California Rifle & Pistol Association, Inc.; South Bay Rod and Gun Club, Inc.*

Date: December 4, 2023          **LAW OFFICES OF DONALD KILMER, APC.**

                                s/ Donald Kilmer
                                Donald Kilmer
                                *Attorney for Plaintiff-Appellant Second Amendment Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, an electronic PDF of APPELLANTS' NOTICE OF ERRATA TO APPELLANTS' REPLY BRIEF was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Date: December 4, 2023                       s/ Anna M. Barvir
                                                                    Anna M. Barvir