

**Rob Bonta**
Attorney General

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013-1230

Public: (213) 269-6000
Telephone: (213) 269-6220
Facsimile: (916) 731-2125
E-Mail: Nicole.Kau@doj.ca.gov

June 18, 2024

Via U.S. Mail and E-mail

Thomson Reuters
610 Opperman Drive
PO Box 64526
Eagan, MN 55123
Attn: Maria Evangelista
maria.b.evangelista@tr.com

RE: Error in Counsel Listed in Published Opinion, *B & L Productions, Inc. v. Newsom*, Nos. 23-55431 & 23-3793, 2024 WL 2927734 (9th Cir. June 11, 2024)

Dear Ms. Evangelista:

    I am writing to request corrections to the counsel listing in *B & L Productions, Inc. v. Newsom*, Nos. 23-55431 & 23-3793, 2024 WL 2927734 (9th Cir. June 11, 2024). The listing omits the following counsel for defendants-appellants in case no. 23-3793:

    Nicole J. Kau, Deputy Attorney General; and
    Lara Haddad and R. Matthew Wise, Supervising Deputy Attorneys General.

    Thank you for your attention to this matter.

    Sincerely,

    /s/ *Nicole J. Kau*

    Deputy Attorney General

    For    ROB BONTA
           Attorney General

# CERTIFICATE OF SERVICE

Case Name: **B&L Productions, Inc., et al. v. Gavin Newsom, et al. [Appeal]**  No. **23-3793**

I hereby certify that on June 18, 2024, I electronically filed the following documents with the Clerk of the Court by using the ACMS system:

***LETTER – ERROR IN COUNSEL LISTED IN PUBLISHED OPINION***

I certify that **all** participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 18, 2024, at Los Angeles, California.

Kevin Carballo  
Declarant

*Kevin Carballo*  
Signature

SA2023306200

## DECLARATION OF SERVICE BY E-MAIL and OVERNIGHT COURIER

Case Name: **B&L Productions, Inc., et al. v. Gavin Newsom, et al. [Appeal]**
No.: **23-3793**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1230. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for overnight mail with the **FedEx**. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the overnight courier that same day in the ordinary course of business.

On <u>June 18, 2024</u>, I served the attached **LETTER – ERROR IN COUNSEL LISTED IN PUBLISHED OPINION** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, for overnight delivery, addressed as follows:

Maria Evangelista
Thomson Reuters
610 Opperman Drive
P.O. Box 64526
Eagan, MN 55123
**Email:** maria.b.evangelista@tr.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 18, 2024, at Los Angeles, California.

| Kevin Carballo | *Kevin Carballo* |
|:---:|:---:|
| Declarant | Signature |

SA2023306200
66869428.docx