**Appeal No. 23-55431**

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**B&L PRODUCTIONS, INC.**, et al.,

*Plaintiffs-Appellants*,

v.

**GAVIN NEWSOM**, in his official capacity as Governor of the State of California and in his personal capacity, et al.,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE ANTHONY J. BATTAGLIA
CASE NO. 3:21-CV-01718-AJB-DDL

**APPELLEE SUMMER STEPHAN'S NOTICE OF JOINDER IN RESPONSE OF STATE RESPONDENTS TO PETITION FOR REHEARING EN BANC**

Katie A. Richardson (Bar No. 238260)
Timothy M. White (Bar No. 220847)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone:   (619) 531-4860
Facsimile:   (619) 531-6005

**Counsel for Defendant-Appellee**

**SUMMER STEPHAN**, in her official capacity as
District Attorney for the County of San Diego

In response to Appellants' Petition for Rehearing En Banc, and consistent with Federal Rule of Appellate Procedure 28(i) governing briefs in cases involving multiple appellants or appellees, Appellee Summer Stephan, in her official capacity as District Attorney for the County of San Diego in the above-referenced case number, hereby joins the Response of State Respondents to Petition for Rehearing En Banc, filed by Governor Gavin Newsom, Attorney General Rob Bonta, Secretary of the California Department of Food & Agriculture Karen Ross, and the 22nd District Agricultural Association ("State Respondents").

Appellants' claims in this case challenge a state law and not any local ordinance. Therefore, for the reasons stated in the State Respondents' response, Appellee Stephan respectfully requests that the Court deny the petition for rehearing en banc.

Dated: August 7, 2024

Respectfully submitted,

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO

By:  <u>s/ *Katie A. Richardson*</u>
     Katie A. Richardson

Attorneys for Defendant-Appellee
SUMMER STEPHAN, in her official
capacity as District Attorney for the
County of San Diego

## **CERTIFICATE OF COMPLIANCE**

Under Federal Rules of Appellate Procedure 28(i) and this Court's July 17, 2024 order, I certify that the foregoing notice of joinder in the Response of State Respondents to Petition for Rehearing En Banc is proportionally spaced, has a typeface of 14 point, and contains fewer than 4,200 words.

Dated: August 7, 2024

Respectfully submitted,

OFFICE OF COUNTY COUNSEL,
COUNTY OF SAN DIEGO

By: s/ *Katie A. Richardson*
     Katie A. Richardson

Attorneys for Defendant-Appellee SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego