

**Rob Bonta**
Attorney General

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013-1230

Public: (213) 269-6000
Telephone: (213) 269-6220
Facsimile: (916) 731-2125
E-Mail: Nicole.Kau@doj.ca.gov

September 16, 2024

**Via CM/ECF**
Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: *B&L Productions, Inc., et al. v. Gavin Newsom, et al.*, Case No. 23-3793, 23-55431
<u>State Defendants-Appellants' Notice of Non-Opposition to Plaintiffs-Appellees' Motion to Stay the Mandate</u>

Dear Ms. Dwyer:

On September 5, 2024, Plaintiffs B&L Productions, Inc., Gerald Clark, Eric Johnson, Chad Littrell, Jan Steven Merson, California Rifle & Pistol Association, Inc., Asian Pacific American Gun Owners Association, Second Amendment Law Center, Inc. and the Second Amendment Foundation moved to stay issuance of the mandate in this matter pending the filing and disposition of a petition for a writ of certiorari. The State Defendants-Appellants provide notice that they will not file an opposition to the motion.

Sincerely,

/s/ Nicole J. Kau

NICOLE J. KAU
Deputy Attorney General

For    ROB BONTA
Attorney General

cc: All counsel of record by CM/ECF

# CERTIFICATE OF SERVICE

Case Name:  **B&L Productions, Inc., et al. v. Gavin Newsom, et al. [Appeal]**   No.   23-3793

I hereby certify that on <u>September 16, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**LETTER REGARDING NON-OPPOSITION TO MOTION TO STAY MANDATE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 16, 2024</u>, at Los Angeles, California.

| Kevin Carballo | *Kevin Carballo* |
|---|---|
| Declarant | Signature |

SA2023306200
67088074.docx